lant was the only one out there with the long-sleeved white shirt on.

We think the testimony is sufficient to show that the man who handed the whisky to the Liquor Control Board Agent through a slot in the door had on a white shirt with long sleeves; that there was no one else in the building except the lady, the man with the loud sport shirt on, and the man who was called Earl by his coactor in this matter, who produced the liquor that was sold upon the request therefor. We also think that the testimony herein, although circumstantial, would establish the fact that the appellant was the man whose arm came out of the slot and who handed the whisky to the agent. We think that such testimony as a whole excluded any other reasonable hypothesis than that of the appellant's guilt.

Under the testimony presented to us, we think the motion for rehearing should be overruled, and it is so ordered.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful transportation of beer in a dry area; the punishment, a fine of $500.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for review, the judgment of the trial court is affirmed.